UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William E. Fortune

    v.                                             Case No. 25-cv-377-SM

NH Department of Safety, et al

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 29, 2025, for the reasons set forth therein. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

    So Ordered.

                                                    Steven J. McAuliffe
                                                  United States District Judge

Date: November 20, 2025

cc:  William E. Fortune, pro se