UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William E. Fortune

    v.                                           Case No. 25-cv-377-SM

NH Department of Safety, et al

### ORDER

After due consideration of the late objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 27, 2026, for the reasons set forth therein.

So Ordered.

                                                  Steven J. McAuliffe
                                                  United States District Judge

Date: February 24, 2026

cc:    William E. Fortune, pro se
        Counsel of Record