William E. Fortune

    v.                                   Case No. 25-cv-377-SM

NH Department of Safety, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 7, 2026, for the reasons set forth therein. The complaint against defendant NSB is dismissed for failure to state a cognizable claim.

**So Order.**

Steven J. McAuliffe
United States District Judge

Date: April 30, 2026

cc:  William E. Fortune, pro se
      Joseph Gardner Mattson, Esq.